UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: HYMAN COMPANIES, INC., | : | Case No. 09-20523REF |
| Debtor-in-Possession | : | Chapter 11 |
| | : | |

---

| | | |
|---|---|---|
| | : | |
| HYMAN COMPANIES, INC., | : | Adversary No. 11-2037 |
| Plaintiff | : | |
| v. | : | |
| FOUR WINDS CASINO RESORT and | : | |
| POKAGON GAMING AUTHORITY | : | |
| Defendants | : | |

# ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

AND NOW, this 1st day of July, 2011, upon my consideration of the

Defendants' motion to dismiss to permit this adversary proceeding to go to

arbitration, upon the hearing and argument held on the motion on June 8, 2011,

and upon the findings of fact, conclusions of law, and discussion set forth in the

Statement of even date herewith,

IT IS HEREBY ORDERED that the motion to dismiss is GRANTED.

IT IS FURTHER ORDERED that this adversary proceeding is

HEREBY DISMISSED.


BY THE COURT

RICHARD E. FEHLING
United States Bankruptcy Judge